IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| Plaintiff, § § | |
| v. § § | CAUSE NO: EP-20-CR-1515-DB |
| DORIHECT C. AMAYA-NARANJO, § § a.k.a., "CHAMA" (5), § § | |
| Defendant. | |

## JOINT MOTION TO VACATE OR RESET TRIAL SETTING

The United States of America ("the Government"), by and through the undersigned Assistant United States Attorney, and Defendant Dorihect C. Amaya-Naranjo, by and through her undersigned attorney, respectfully request that the Court set this case for a plea hearing in four weeks and vacate the trial date or reset the trial date in the above-captioned cause and would respectfully show the Court the following:

Defendant was charged in one count of a seven-count Superseding Indictment, along with five other codefendants on December 2, 2020. ECF No. 78. Specifically, Defendant was charged in Count One of the Superseding Indictment with conspiracy to commit fraud in connection with access devices, in violation of 18 U.S.C. § 1029(b)(2). *Id.* However, Defendant was not located and arrested until October 23, 2024. Defendant was arrested in the Eastern District of New York and granted a bond that allowed her to remain in the Eastern District of New York. ECF No. 337. Defendant was appointed her first attorney at that time.

On January 17, 2025, Defendant's first attorney filed a motion for substitution of counsel, which the Court granted on January 21, 2025. ECF No. 356. On May 2, 2025, the Court set this case for jury selection and trial on June 3, 2025. ECF No. 365. Since then, the parties have been

diligently working to come to reach an agreement on this case. This has been complicated by the fact that Defendant resides out of town. The parties believe that they can come to a resolution on this case but are respectfully requesting more time to do so. Consequently, the parties request that the Court vacate the trial setting and set the case for a plea hearing in four weeks. In the alternative, if the Court does not deem it appropriate to vacate the trial setting prior to the plea taking place, the parties respectfully request that the Court reset the trial to a date in September 2025.[1]

This motion is not sought for purposes of delay but so that the ends of justice may be served.

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
SARAH VALENZUELA
Assistant U.S. Attorney
Texas Bar #24089261
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

JIM DARNELL P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915) 532-2442
Fax:    (915) 532-4549

By: _____/s/Jim Darnell_____

---

[1] The undersigned Assistant United States Attorney has trial settings on June 20, 2025, and August 22, 2025, in the Honorable Judge Cardone's Court. The undersigned attorney for Defendant has a trial in July 2025. Consequently, a September 2025 trial date would be best for both parties.

## CERTIFICATE OF SERVICE

    I certify that, on May 21, 2025, a copy of the foregoing motion was filed via CM/ECF, which would automatically generate an electronic copy to Defendant's Attorney of record Jim Darnell.

By:     */s/* _____
               SARAH VALENZUELA
               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DORIHECT C. AMAYA-NARANJO,<br>a.k.a., "CHAMA" (5),<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   CAUSE NO: EP-20-CR-1515-DB<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING JOINT MOTION TO VACATE OR RESET TRIAL SETTING

On this date, the Court considered the parties "Joint Motion to Vacate or Continue Trial Setting" in the above-entitled and numbered cause, and the Court having considered the same, is of the opinion that said request should be **GRANTED**.

**IT IS THEREFORE ORDERED** that above-captioned cause is set for a **PLEA HEARING** on _____, 2025, at _____.

**IT IS FURTHER ORDERED** that the **JURY SELECTION AND TRIAL** currently scheduled in the above-captioned cause for **June 3, 2025**, at **1:00 p.m.** is HEREBY **VACATED/RESET** for _____, 2025, at _____ **a.m./p.m.**

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**